Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR  9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

ISRAEL NICOLAS CASTANEDA,

                    Defendant.

**1:25-CR-2043-SAB**

INDICTMENT

Vio: 18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of
Ammunition

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegation

The Grand Jury charges:

COUNT 1

On or about December 3, 2023, in the Eastern District of Washington, the Defendant, ISRAEL NICOLAS CASTANEDA, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit:

– 7.62 caliber NATO ammunition;

– .308 caliber Winchester ammunition,

INDICTMENT – 1

all of which had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of Ammunition, as set forth in this Indictment, Defendant, ISRAEL NICOLAS CASTANEDA, shall forfeit to the United States any ammunition involved or used in the commission of the offense.

DATED this 9TH day of April, 2025.

A TRUE BILL

Richard R. Barker
Acting United States Attorney

Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 2